No. 97–1907. DOUCETTE v. SAN DIEGO UNIFIED PORT DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1908. CHAVEZ-RAMIREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–1913. SHERWOOD ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 97–1932. GAGLIARDI ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–5745. SANCHEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–6813. CHAVEZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–7420. GAVIN ET AL. v. BRANSTAD ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–7558. MARSH v. DALLAS INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–7829. BLODGETT v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–7876. BUTLER v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–7890. WASHINGTON v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 97–7996. ELLIOTT v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 97–8093. WOOLLEY v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 97–8094. THOMAS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 97–8097. HICKEY v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.